# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEMA PROPERTIES, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                   Appellant,
            vs.
SBA STEEL II, LLC, A FLORIDA
LIMITED LIABLITY COMPANY; AND
SBA 2012 TC ASSETS LLC, (F/K/A
TOWERCO ASSETS LLC), A
DELAWARE LIMITED LIABILITY
COMPANY,
                Respondents.

No. 71353



**FILED**

JAN 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Because claims appeared to be remaining below, on November 22, 2016, this court entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Specifically, it appeared that the district court had not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court had not certified its order as final pursuant to NRCP 54(b).

The parties have responded and concur that a final judgment including an award of attorney fees and costs was entered by the district court on November 4, 2016. Appellant filed a notice of appeal on November 21, 2016, expressly encompassing all the orders, which has been docketed by this court in Docket No. 71820. Accordingly, we dismiss

17-02063

this appeal for lack of jurisdiction, and the appeal shall proceed in Docket No. 71820.

It is so ORDERED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Jerry A. Wiese, District Judge
      Robert F. Saint-Aubin, Settlement Judge
      Santoro Whitmire
      Early Sullivan Wright Gizer & McRae, LLP
      Holley, Driggs, Walch, Fine Wray Puzey & Thompson/Las Vegas
      Eighth District Court Clerk